UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHARON HUGHES                                                 CIVIL ACTION

VERSUS                                                              NO. 23-1775

UBER TECHNOLOGIES, INC. ET AL.                 SECTION "R" (4)

## ORDER AND REASONS

Before the Court is defendants United Financial Casualty Company and Briana Gordon's unopposed motion *in limine* to prevent reference to the relative wealth, size, or name recognition of Uber and its affiliated companies.[1] For the following reasons, the Court grants the motion.

This case arises from injuries allegedly suffered by plaintiff Sharon Hughes while attempting to enter a vehicle operated by defendant Briana Gordon.[2] Plaintiff sued Gordon, Uber Technologies, Inc., Rasier, LLC, United Financial, and GEICO Indemnity Company for her injuries.[3] The Court granted GEICO Indemnity Company's motion for summary judgment dismissing GEICO from the action with prejudice[4] and Uber and Rasier's

---

[1]    R. Doc. 100.
[2]    R. Doc. 1-1.
[3]    *Id.*
[4]    R.Doc. 52.

motion to compel arbitration and stay proceedings,[5] but retained jurisdiction over plaintiff's claims against defendants Gordon and United Financial.[6]

Defendants now move the Court to prevent reference to the relative wealth, size, or name recognition of Uber and its affiliated companies.[7] They argue that, because Uber is not participating at trial, any evidence or comments regarding its wealth, size, or name recognition would be irrelevant and unfairly prejudicial.[8] Plaintiff did not file an opposition. The Court grants defendants' motion. Even if Uber were participating at trial, there is no indication that information regarding its wealth, size, or influence would be relevant. And as Uber is not participating in the trial, such evidence would not only be irrelevant, but also confusing and unfairly prejudicial.

For the foregoing reasons, the Court GRANTS defendants' motion.

New Orleans, Louisiana, this __20th__ day of October, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]   R. Doc. 69.
[6]   *Id.*
[7]   R. Doc. 100.
[8]   *Id.*

2